WENTWORTH v. ROCHESTER.

In an action upon the statute of highways, a town is not estopped to deny the existence of a highway not established in a statutory method.

CASE, on the statute for damage happening to a traveller. The alleged highway was not laid out in the mode prescribed by statute, and has not been used twenty years for public travel. For several months prior to the accident the town was engaged in erecting a bridge over the Cocheco river on the main road, and during all that time caused guide-boards to be erected and maintained along the main road, directing the travel over the way in question. The plaintiff travelled over the way by reason of said directions.

*G. N. Eastman*, for the plaintiff.

*Worcester & Gafney*, for the defendants.

CARPENTER, J.    *Tilton* v. *Pittsfield*, 58 N. H. 327, is affirmed.

*Nonsuit.*

ALLEN, J., did not sit: the others concurred.